UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

OR SABAG, as Personal Representative
of the Estate of JAKLIN SABAG,

      Plaintiff,

vs.                                   CASE NO. 1:25-cv-21386-DSL

VOLVO GROUP NORTH AMERICA, LLC,
a foreign limited liability company,

      Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

      Plaintiff Or Sabag ("Plaintiff") and Defendant Volvo Group North America, LLC ("Defendant") (collectively "the Parties"), by and through their respective counsel, hereby notify the Court pursuant to Local Rule 16.4 that the Parties have settled this matter in its entirety on July 14, 2026. Because the Plaintiff's claims include claims on behalf of three minor children, the settlement is conditioned on court approval pursuant to F.S. 768.25. The Parties will work expeditiously to provide the Court with all necessary information to review and consider the settlement as it relates to the claims of the minor children.

      Respectfully submitted,

| | |
|---|---|
| /s/ John Eric Romano | /s/ Steven I. Klein |
| JOHN ERIC ROMANO | STEVEN I. KLEIN |
| Florida Bar No. 120091 | Florida Bar No. 675245 |
| E-mail: eric@romanolawgroup.com | Email: sklein@rumberger.com |
| ROMANO LAW GROUP | docketingorlando@rumberger.com |
| 2701 Okeechobee Blvd. | skleinsecy@rumberger.com |
| West Palm Beach, FL 33409 | RUMBERGER, KIRK & CALDWELL, P.A. |
| Tel: 561.533-6700 | 300 South Orange Avenue, Suite 1400 |
| Attorneys for Plaintiff | Orlando, Florida 32801 Tel: 407.872.7300 |
| | Fax: 407.841.2133 |
| | Attorneys for Defendant, Volvo Group North America, LLC |

Case No.: 1:25-cv-21386-DSL

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true copy of the foregoing was served by electronically filing with the Clerk of the Court using CM/ECF on July 14, 2026 on counsel or parties of record below:

Steve Klein, Esq.
RUMBERGER KIRK
300 S. Orange Ave., Suite 1400
Orlando, FL 32801
Tel: 407-872-7300
sklein@rumberger.com
sckirk@rumberger.com
dbronson@rumberger.com
***Counsel for Defendant,***
***VOLVO GROUP NORTH AMERICA, LLC***

ROMANO LAW GROUP
2701 Okeechobee Blvd.
West Palm Beach, FL   33409
Tel:  (561) 533-6700/Fax:  (561) 533-1285
service@romanolawgroup.com
eric@romanolawgroup.com
danielle@romanolawgroup.com
***Co-Counsel for Plaintiff***

By:  _/s/ John Eric Romano_
        JOHN ERIC ROMANO
        Florida Bar No.: 120091
        JOHN FLETCHER ROMANO
        Florida Bar No.: 175700


AND

Jay M. Wasserman, Esq.
Florida Bar No.: 725780
KATZMAN, WASSERMAN, BENNARDINI
AND RUBINSTEIN, P.A
8211 West Broward Blvd., Ste. 410
Plantation, Florida 33324
Tel: (954) 566-3111
Fax: (954) 563-4466
jmwlaw2000@att.net
***Co-Counsel for Plaintiff***